# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0384. GREGORY TYRON FLUNDER, SR. v. RYANN DANETTE FLUNDER.**

In this divorce action, the trial court issued a final judgment and decree of divorce on August 25, 2025. Gregory Flunder, Sr., filed a direct appeal from that order, which we dismissed for failure to file a discretionary application. See Case No. A26A0955 (Jan. 7, 2026). Gregory then filed this application on February 26, 2026. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days after entry of the order or judgment to be appealed. OCGA § 5-6-35(d); Court of Appeals Rule 31(a). "The filing deadline is jurisdictional, and this [C]ourt is unable to accept an untimely application." *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016).

Because Gregory filed his application for discretionary appeal more than 30 days after entry of the order he seeks to appeal, we lack jurisdiction to consider his untimely application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/20/2026

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*